PROGRESSIVE LAND COMPANY, PROSECUTOR-APPEL-
LANT, v. EDWIN C. CAFFREY ET AL., RESPONDENTS-
APPELLEES.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellant, *Ward & McGinnis* (*Peter J. McGinnis,* of counsel).

For the respondents, *Herbert A. Chary.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.